UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
Long Island Federal Courthouse
814 Federal Plaza
Central Islip, NY 11722-4451
(631) 712-5730

**BEFORE:**     **ARLENE R. LINDSAY**     **DATE: 11/16/2023**
           United States Magistrate Judge
                                                                 **TIME: 12:00 PM**

**DOCKET NO: 21-cv-06854-ARL**

**CASE: Hernandez v. New York Fast Concrete Group Inc. et al**

\_\_\_ **INITIAL CONFERENCE**

\_\_\_ **STATUS CONFERENCE**

\_\_\_ **SCHEDULING CONFERENCE**           **BY TELEPHONE X**

\_\_\_ **SETTLEMENT CONFERENCE**

\_\_\_ **FINAL CONFERENCE**

**X FAIRNESS HEARING**

       **APPEARANCES:**      **FOR PLAINTIFF:**      **FOR DEFENDANTS:**

                                   Matthew Farnworth      Diana Y. Seo

**The following rulings were made:**

      Having reviewed the terms of the parties' proposed settlement agreement, the Court finds that it is fair and reasonable, including the allocation of attorneys' fees. See Cheeks v. Freeport Pancake House, Inc., 796 F.3d 199, 206 (2d Cir. 2015). The Clerk of Court is directed to mark the matter closed.

 

**SO ORDERED:**

                                               /**s**/